UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nikolay Moshegov, A95-357-860 ) | |
| Tatiana Mochegova, A95-357-861 ) | |
| Sofia Mochegova, A95-357-862 ) | |
| Lioudmila Mochegova, A95-357-863 ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| Denis Riordan, Interim Director ) | |
| U.S. Citizenship and Immigration Services ) | COMPLAINT FOR |
| JFK Federal Building ) | DECLARATORY RELIEF |
| 15 New Sudbury Street ) | IN THE NATURE OF |
| Boston, MA 02203 ) | MANDAMUS |
| ) | |
| Eduardo Aguirre, Director ) | **04-40250** |
| U.S. Citizenship and Immigration Services ) | |
| 425 I Street, N.W. ) | |
| Washington D.C. 20536 ) | |
| ) | |
| Tom Ridge, Secretary of Homeland Security ) | |
| United States Department of Homeland Security ) | |
| Nebraska Avenue Center, N.W. ) | |
| Washington, D.C. 20508 ) | |
| ) | |
| Defendants ) | |

## I.    INTRODUCTION

1.    This is an action for declaratory and mandatory relief, authorized by the Declaratory

Judgment Act, 28 U.S.C. §1361, and the Administrative Procedure Act ("APA"), 5

U.S.C. §1551 et. seq. This action seeks to compel Defendants to adjudicate the

Applications for Adjustment of Status that Plaintiffs have filed.

RECEIPT # 404466
AMOUNT $ 150.00
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 12-2-04

1

## II. JURISDICTION

2.    This Court has subject matter jurisdiction over the present action pursuant to 28 U.S.C. §1331, Federal Question Jurisdiction; 28 U.S.C. §2201, the Declaratory Judgment Act; 5 U.S.C. §702, the Administrative Procedures Act; 28 U.S.C. §1361, regarding an action to compel an officer of the United States to perform his duty; and 8 U.S.C. §1329, the Immigration and Nationality Act (providing for jurisdiction in this Court over actions arising under that Act).

## III. VENUE

3.    28 U.S.C. §1391(e), as amended, provides that in a civil action in which each Defendant is an officer or employee of the United States or any agency thereof acting in his official capacity, or under color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the Plaintiff in the action resides.

4.    Plaintiffs are residents of Dudley, Massachusetts. The Boston, Massachusetts office of the U.S. Citizenship and Immigration Services ("CIS") has taken jurisdiction over their Applications for Adjustment of Status.

## IV.    PLAINTIFFS

5.    Plaintiffs Nikolay Moshegov, Tatiana Mochegova, Sofia Mochegova and Lioudmila Mochegova are natives and citizens of Russia. (To avoid confusion, they will be referred to by their first names in this complaint). On November 28, 2001, they applied for adjustment of status with the Immigration and Naturalization Service ("INS," now reconfigured as CIS), pursuant to 8 U.S.C. §1255(a).

2

## V. DEFENDANTS

6.  Defendant Denis Riordan is the duly appointed Interim Director of the CIS (a bureau of the Department of Homeland Security) office in Boston, Massachusetts. Defendant Eduardo Aguirre is the duly appointed Director of the CIS. Defendant Tom Ridge is the duly appointed Secretary of the DHS.

## VI. FACTUAL ALLEGATIONS

7.  Plaintiffs bring this action to compel the CIS to adjudicate their applications for adjustment of status, which they filed with CIS on November 28, 2001.

8.  Plaintiff Nikolay is a senior scientist with IPG Photonics Corporation in Oxford, Massachusetts. He has a Ph.D. in Solid State Physics, conducted post-doctoral research at Pennsylvania State Univeristy, and has received numerous awards and recognition for his research in the field of semiconductors. The INS approved his Immigration Petition for Alien Worker on August 27, 2001, classifying him as an alien of extraordinary ability. It was on the basis of this petition that Nikolay and his family applied for adjustment of status with CIS on November 28, 2001.

9.  On May 12, 2003, the Boston District Office of CIS notified the Plaintiffs of an appointment for an adjudicative interview and requested that Plaintiffs undergo fingerprinting for a routine background check. Plaintiffs were fingerprinted during the week of September 16, 2003.

10. On October 7, 2003, Plaintiffs attended their interview with the Boston District Office. At that interview, the CIS officer requested that Plaintiff Tatiana submit police clearance letters from Massachusetts, Arizona, and Pennsylvania to CIS. She provided those letters

3

to CIS on November 14, 2003.

11.  On March 5, 2004, after an inquiry, CIS stated that it had not yet received the results of a security check on the case, and could not make a decision on the case until it received those results.

12.  In August 27, 2004, Plaintiffs' counsel wrote a letter to Karen-Ann Hayden, Assistant District Director of the Boston CIS office, notifying her of Plaintiffs' intent to file a writ of mandamus if they did not receive a final decision on their case.

13.  In response to this letter, CIS notified Plaintiffs that Tatiana had to be fingerprinted again because her prior fingerprints were unreadable, and called her for a new fingerprinting appointment. CIS also indicated that a background check for one of Plaintiffs' twin daughters had cleared, while the other had not cleared yet. CIS also reported that Nikolay's name check had not cleared yet. CIS stated that it could not make a decision on the applications without results from these checks.

14.  On September 7, 2004, Plaintiff Tatiana was fingerprinted again. She has now been fingerprinted twice and has also provided CIS with secondary proof that she does not have a criminal record in any of the states where she lived.

15.  Plaintiffs have still not received a decision on their case.

16.  Pursuant to the CIS web site, the Boston District Office is now processing adjustment of status cases filed on or before February 1, 2004.

## VII. STATUTORY AND REGULATORY FRAMEWORK

17.  Plaintiffs are eligible for adjustment of status based on Plaintiff Nikolay's Immigrant Petition for Alien Worker, which was approved by the INS on August 27, 2001 pursuant

to 8 U.S.C. §1153(b)(1)(A).

18. Plaintiff Nikolay is eligible for adjustment of status because he has an immigrant visa immediately eligible to him. 8 U.S.C. §1255(a). Plaintiffs Tatiana, Sofia, and Lioudmila are eligible for adjustment of status as Nikolay's spouse and children. 8 U.S.C. §1153(d).

## VIII. CLAIM FOR RELIEF

19. The Defendants have, without explanation, failed to make a decision on Plaintiffs' applications for adjustment of status.

20. The Defendants owe the Plaintiffs a duty to act upon these applications in a timely manner, and have unreasonably refused to perform that duty. That refusal has had a significant detrimental effect on the plaintiffs, who have been awaiting adjudication of their applications for over three years. Because of the delay in adjudication of the applications, Plaintiffs Sofia and Lioudmila have been unable to obtain financial aid to attend college, and had to take time off from their studies. Plaintiffs have put their lives on hold while their cases are pending. Three years is an inordinate amount of time to wait while Defendants inexplicably delay adjudication of the cases.

21. The Plaintiffs have made every possible attempt under the available administrative procedures to compel the Defendants to adjudicate Plaintiffs' applications.

## IX REQUEST FOR ORAL ARGUMENT

22. Plaintiffs believe that oral argument would assist the Court in reaching a decision. For that reason, the Plaintiffs respectfully request the opportunity to present oral argument to this Court.

**WHEREFORE**, Plaintiffs pray that this Court:

1.    Order the Defendants to adjudicate Plaintiffs' applications for adjustment of status

and,

2.    Award the Plaintiffs attorney's fees, costs and expenses under the Equal Access to

Justice Act and any other relief which this Court deems proper under the

circumstances.

Respectfully submitted,
Nikolay Moshegov,
Tatiana Mochegova,
Sofia Mochegova,
Lioudmila Mochegova,
by their attorney,


Harvey Kaplan
BBO No. 258640
Kaplan, O'Sullivan & Friedman, LLP
10 Winthrop Square, 3rd floor
Boston, MA 02110
(617) 482-4500.

Date

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Nikolay Moshegov, A95-357-860 | ) | |
| Tatiana Mochegova, A95-357-861 | ) | |
| Sofia Mochegova, A95-357-862 | ) | |
| Lioudmila Mochegova, A95-357-863 | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No.: |
| | ) | |
| Denis Riordan, Interim Director | ) | |
| U.S. Citizenship and Immigration Services | ) | COMPLAINT FOR |
| JFK Federal Building | ) | DECLARATORY RELIEF |
| 15 New Sudbury Street | ) | IN THE NATURE OF |
| Boston, MA 02203 | ) | MANDAMUS |
| | ) | |
| Eduardo Aguirre, Director | ) | |
| U.S. Citizenship and Immigration Services | ) | |
| 425 I Street, N.W. | ) | |
| Washington D.C. 20536 | ) | |
| | ) | |
| Tom Ridge, Secretary of Homeland Security | ) | |
| United States Department of Homeland Security | ) | |
| Nebraska Avenue Center, N.W. | ) | |
| Washington, D.C. 20508 | ) | |
| | ) | |
| Defendants | ) | |

## INDEX OF SUPPORTING DOCUMENTATION

Exhibit No.                                                                          Page No.

1.    Affidavit of Harvey Kaplan ...................................................................................1

2.    Receipt Notices for Applications for Adjustment of Status .......................................2

3.    Transfer Notices for Applications for Adjustment of Status ......................................6

4.    Approval Notice of Nikolay Moshegov's Immigration Petition for
      Alien Worker ...................................................................................................10

5.    Notices of Interview..........................................................................................11

6.    Fingerprint Notifications, dated May 12, 2003.........................................................15

7.    Request for Evidence for Tatiana Mochegova ..........................................................19

8.    Tatiana Mochegova's Cover Letter in Response to Request for Evidence ...............21

9.    Letter to Karen-Ann Hayden, Assistant District Director of Boston CIS Office, dated August 27, 2004 ..............................................................................................22

10.   Fingerprint Notification for Tatiana Mochegova, dated Sept. 7, 2004.......................23

11.   Processing Dates for the CIS Boston District Office, as of November 10, 2004 ......24

®JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Nikolay Moshegov, Tatiana Mochegova, Sofia Mochegova  Lioudmila Mochegova

**DEFENDANTS**

04-40250

Denis Riordan, U.S. CIS
Eduardo Aguirre, U.S. CIS
Tom Ridge, U.S. DHS

(b) County of Residence of First Listed Plaintiff  Worcester County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed    Suffolk County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Harvey Kaplan (617) 482-4500
Kaplan, O'Sullivan & Friedman
10 Winthrop Sq., 3rd fl., Boston, MA 02110

Attorneys (If Known)

U.S. DISTRICT COURT
DISTRICT OF MASS.

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for
(For Diversity Cases Only)    and One Box for Defendant)
N / A

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product  Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability  ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &  Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'  Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability  Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine  **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product  ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability  ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability  ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury  Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment  Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/  Habeas Corpus: | | | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations  ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights  ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | State Statutes |
| | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☒ 890 Other Statutory Actions |
| | ☐ 555 Prison Condition | | | 28 USC 1361 |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. 1361; 5 U.S.C. 1551. Writ of mandamus.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION DEMAND
UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
N/A

JUDGE _____    DOCKET NUMBER _____

DATE  12/1/2004

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Moshegov v. Riordan 04-40250

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

☐ I.  160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

☒ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.

*Also complete AO 120 or AO 121 for patent, trademark or copyright cases

☐ III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

☐ V.  150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
    N/A

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐    NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    N/A
    YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☒    NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?
    Eastern Division ☐    Central Division ☒    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside? N/a
    Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    N/A    YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Harvey Kaplan
ADDRESS Kaplan, O'Sullivan & Friedman, 10 Winthrop Sq., 3rd fl., Boston, MA 02110
TELEPHONE NO. (617) 482-4500

(Coversheetlocal.wpd - 10/17/02)

**AFFIDAVIT OF HARVEY KAPLAN**

**2**

I, Harvey Kaplan, hereby swear and state as follows:

1.   My name is Harvey Kaplan. I am an attorney licensed to practice in the Commonwealth of Massachusetts.

2.   I represent Nikolay Moshegov, Tatiana Mochegova, Sofia Mochegova, Lioudmila Moshegova, in their immigration matters. This family has had a pending application for adjustment of status to permanent residence since November 28, 2001, when they filed those applications. They were interviewed by CIS at the Boston District Office on October 7, 2003. To date, there has been no decision on their applications for adjustment of status.

3.   Numerous calls have been made by the Plaintiff's employer concerning their pending applications. On August 27, 2004, I wrote to Karen-Ann Hayden, Assistant District Director of the Boston CIS Office, notifying her of Plaintiff's intent to file a Writ of Mandamus if CIS did not make a decision in that case. Ms. Hayden communicated to me shortly thereafter that Tatiana Mochegova needed new fingerprints and that the name check for Nikolay Moshegov had not cleared.

4.   On September 7, 2004, CIS fingerprinted Tatiana Mochegova for the second time. In addition to being fingerprinted twice, she has also provided CIS with secondary proof that she does not have a criminal record in any of the states in which she lived.

5.   To follow up on the status of these cases, I left two telephone messages with Karen-Ann Hayden on or about November 23 and 24, 2004. She has not returned my calls.

6.   Notwithstanding the fact that these applications have been pending for over three years and that they were interviewed over one year ago, CIS has not adjudicated these applications. The clients have complied with all requests by the CIS, but to no avail.

Signed under the pains and penalties of perjury this 1st day of December, 2004.

Harvey Kaplan

Subscribed and sworn to before me this 1st day of December, 2004.

Jeanette Kain
Notary Public
My Commission Expires: 7/15/2005

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER**<br>EAC-02-062-51551 | | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIVED DATE**<br>November 28, 2001 | **PRIORITY DATE** | **APPLICANT** A95 357 860<br>MOSHEGOV, NIKOLAY | |
| **NOTICE DATE**<br>December 13, 2001 | **PAGE**<br>1 of 1 | | |

NIKOLAY MOSHEGOV
657 WORCESTER ST. #1901
SOUTHBRIDGE MA 01550

**Notice Type:** Receipt Notice

Amount received: $ 245.00
Section: Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



Form I-797C (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-02-062-51665 | | CASE TYPE I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE November 28, 2001 | PRIORITY DATE | APPLICANT  A98 357 961 MOCHEGOVA, TATIANA |
| NOTICE DATE December 13, 2001 | PAGE 1 of 1 | |

TATIANA MOCHEGOVA
857 WORCESTER ST #1801
SOUTHBRIDGE MA 01550

Notice Type: Receipt Notice

Amount received: $ 245.00

Section: Derivative adjustment

The above application or petition has been received. It takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4917 to obtain case status information direct from our computer system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT |
|---|---|---|
| EAC-02-062-51493 | | RESIDENT STATUS |
| RECEIVED DATE | PRIORITY DATE | APPLICANT  A98 357 862 |
| November 28, 2001 | | MOCHEGOVA, SOFIA |
| NOTICE DATE | PAGE | |
| December 11, 2001 | 1 of 1 | |

SOFIA MOCHEGOVA
657 WORCESTER ST #1501
SOUTHBRIDGE MA 01550

Notice Type:  Receipt Notice

Amount received: $ 245.00

Section: Derivative adjustment

The above application or petition has been received. It takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-062-51523 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>November 28, 2001 | PRIORITY DATE | APPLICANT A95 857 863<br>MOCHEGOVA, LIOUDMILA |
| NOTICE DATE<br>December 13, 2001 | PAGE<br>1 of 1 | |

LIOUDMILA MOCHEGOVA
657 WORCESTER ST #1901
SOUTHBRIDGE MA 01550

Notice Type: Receipt Notice

Amount received: $ 245.00

Section: Derivative adjustment

The above application or petition has been received. It takes 165 to 840 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527/4913 to obtain case status information direct from our system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93)N

P5

**3**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** <br> EAC-02-062-51551 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT <br> RESIDENT STATUS |
| **RECEIPT DATE** <br> December 13, 2001 | **PRIORITY DATE** | **APPLICANT** A95 357 860 <br> MOSHEGOV, NIKOLAY |
| **NOTICE DATE** <br> April 29, 2003 | **PAGE** <br> 1 of 1 | |

NIKOLAY MOSHEGOV
1 NELLIE'S WAY
DUDLEY MA 01571

**Notice Type: Transfer Notice**

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

    Room E125, John F. Kennedy Federal Bldg., Boston, MA 02203

    Telephone: (617) 565-3879

That office will notify you when they schedule an interview on the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93) N

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-02-062-51665 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE**<br>December 13, 2001 | **PRIORITY DATE** |
| | **APPLICANT** A95 357 861<br>MOCHEGOVA, TATIANA |
| **NOTICE DATE**<br>April 29, 2003 | **PAGE**<br>1 of 1 |

TATIANA MOCHEGOVA
657 WORCESTER ST #1901
SOUTHBRIDGE MA 01550

**Notice Type:** Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

Room E125, John F. Kennedy Federal Bldg., Boston, MA 02203

Telephone: (617) 565-3879

That office will notify you when they schedule an interview on the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93) N

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>EAC-02-062-51493 | | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE**<br>December 13, 2001 | **PRIORITY DATE** | **APPLICANT** A95 357 862<br>MOCHEGOVA, SOFIA |
| **NOTICE DATE**<br>April 29, 2003 | **PAGE**<br>1 of 1 | |

SOFIA MOCHEGOVA
1 NELLIE'S WAY
DUDLEY MA 01571

**Notice Type:** Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

    Room E125, John F. Kennedy Federal Bldg., Boston, MA 02203

      Telephone: (617) 565-3879

That office will notify you when they schedule an interview on the application or petition. Any further inquiries should be made to that office.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797C (Rev. 09/07/93) N

Immigration and Naturalization Service

## Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-062-51523 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIPT DATE<br>December 13, 2001 | PRIORITY DATE | APPLICANT A95 357 863<br>MOCHEGOVA, LIOUDMILA |
| NOTICE DATE<br>April 29, 2003 | PAGE<br>1 of 1 | |

LIOUDMILA MOCHEGOVA
657 WORCESTER ST #1901
SOUTHBRIDGE MA 01550

**Notice Type:** Transfer Notice

Preliminary processing of the above application or petition has been completed, and it has been transferred to the INS office at:

    Room E125, John F. Kennedy Federal Bldg., Boston, MA 02203

    Telephone: (617) 565-3879

That office will notify you when they schedule an interview on the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



Form I-797C (Rev. 09/07/93) N

**4**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
| --- | --- | --- |
| EAC-01-107-51043 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| --- | --- | --- |
| February 20, 2001 | February 16, 2001 | MOSHEGOV, NIKOLAY |

| NOTICE DATE | PAGE | BENEFICIARY |
| --- | --- | --- |
| August 27, 2001 | 1 of 1 | MOSHEGOV, NIKOLAY |

NIKOLAY MOSHEGOV
STRATFORD CT #962
STATE COLLEGE PA 16801

Notice Type: Approval Notice
Section: Alien of Extraordinary
Ability, Sec.203(b)(1)(A)

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this form should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



Form I-797 (Rev. 09/07/93)N

**5**

U.S DE  .RTMENT OF JUSTICE
Immigration and Naturalization Service
*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

*Name & Address of Petitioner & Applicant*

Today's Date: MAY 12, 2003

NIKOLAY MOCHEGOVA

1 NELLIE'S WAY
DUDLEY, MA 01571

*Please refer to this A number* **A95 357 860**

You are scheduled to be interviewed on **TUESDAY OCTOBER 07, 2003** at  **1:00 PM**  at the John F. Kennedy Federal Building, Room E-170, Boston, Massachusetts concerning your application for permanent residence.

You must bring the following items to the interview:  **ALL ORIGINAL DOCUMENTS, PASSPORT, I-94 ARRIVAL/DEPARTURE RECORD, MEDICAL EXAMINATION REPORT (IF NOT PREVIOUSLY SUBMITTED), DOCUMENTATION OF YOUR QUALIFICATIONS FOR PERMANENT RESIDENCE AND _____.**

If your application is based on an alien relative visa petition, the petitioner must bring valid photo identification and must accompany you to document your relationship. If either the petitioner or the beneficiary does not speak English, an interpreter with valid photo identification must accompany you. You may not interpret for each other.

If your application is based on an offer of employment, bring an updated offer of permanent employment from the petitioner.

If you must cancel this interview, please inform this office (at the address listed above) on the reverse side of this notice as soon as possible. **FAILURE OF THE PETITIONER AND/OR APPLICANT TO APPEAR AT THIS INTERVIEW MAY RESULT IN DENIAL OF YOUR APPLICATION/PETITION.**

**THIS INTERVIEW MAY BE VIDEOTAPED.   NO FOREIGN TRAVEL ALLOWED UNLESS PRE-APPROVED BY INS.**

        CC:

U.S DE~ _RTMENT OF JUSTICE

Immigration and Naturalization Service

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

Name & Address of Petitioner & Applicant

Today's Date: MAY 12, 2003

**TATIANA MOCHEGOVA**

**1 NELLIE'S WAY**
**DUDLEY, MA 01571**

*Please refer to this A number* A95 357 861

You are scheduled to be interviewed on **TUESDAY OCTOBER 07, 2003** at **1:30 PM** at the John F. Kennedy Federal Building, Room E-170, Boston, Massachusetts concerning your application for permanent residence.

You must bring the following items to the interview: **ALL ORIGINAL DOCUMENTS, PASSPORT, I-94 ARRIVAL/DEPARTURE RECORD, MEDICAL EXAMINATION REPORT (IF NOT PREVIOUSLY SUBMITTED), DOCUMENTATION OF YOUR QUALIFICATIONS FOR PERMANENT RESIDENCE AND _____.**

If your application is based on an alien relative visa petition, the petitioner must bring valid photo identification and must accompany you to document your relationship. If either the petitioner or the beneficiary does not speak English, an interpreter with valid photo identification must accompany you. You may not interpret for each other.

If your application is based on an offer of employment, bring an updated offer of permanent employment from the petitioner.

If you must cancel this interview, please inform this office (at the address listed above) on the reverse side of this notice as soon as possible. **FAILURE OF THE PETITIONER AND/OR APPLICANT TO APPEAR AT THIS INTERVIEW MAY RESULT IN DENIAL OF YOUR APPLICATION/PETITION.**

**THIS INTERVIEW MAY BE VIDEOTAPED.    NO FOREIGN TRAVEL ALLOWED UNLESS PRE-APPROVED BY INS.**

**U.S DE    RTMENT OF JUSTICE**
Immigration and Naturalization Service
*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

*c h. ld*

Name & Address of Petitioner & Applicant

Today's Date: MAY 12, 2003

**SOFIA MOCHEGOVA**

**1 NELLIE'S WAY**
**DUDLEY, MA 01571**

*Please refer to this A number* *A95 357 862*

You are scheduled to be interviewed on **TUESDAY OCTOBER 07, 2003** at **2:00 PM** at the John F. Kennedy Federal Building, Room E-170, Boston, Massachusetts concerning your application for permanent residence.

You must bring the following items to the interview: **ALL ORIGINAL DOCUMENTS, PASSPORT, I-94 ARRIVAL/DEPARTURE RECORD, MEDICAL EXAMINATION REPORT (IF NOT PREVIOUSLY SUBMITTED), DOCUMENTATION OF YOUR QUALIFICATIONS FOR PERMANENT RESIDENCE AND _____.**

If your application is based on an alien relative visa petition, the petitioner must bring valid photo identification and must accompany you to document your relationship. If either the petitioner or the beneficiary does not speak English, an interpreter with valid photo identification must accompany you. You may not interpret for each other.

If your application is based on an offer of employment, bring an updated offer of permanent employment from the petitioner.

If you must cancel this interview, please inform this office (at the address listed above) on the reverse side of this notice as soon as possible. **FAILURE OF THE PETITIONER AND/OR APPLICANT TO APPEAR AT THIS INTERVIEW MAY RESULT IN DENIAL OF YOUR APPLICATION/PETITION.**

**THIS INTERVIEW MAY BE VIDEOTAPED.   NO FOREIGN TRAVEL ALLOWED UNLESS PRE-APPROVED BY INS.**

CC:

U.S DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

Name & Address of Petitioner & Applicant

Today's Date: MAY 12, 2003

**LIOUDMILA MOCHEGOVA**

1 NELLIE'S WAY
DUDLEY, MA 01571

*Please refer to this A number* A95 357 863

You are scheduled to be interviewed on <u>**TUESDAY OCTOBER 07, 2003**</u> at **2:30 PM** at the John F. Kennedy Federal Building, Room E-170, Boston, Massachusetts concerning your application for permanent residence.

You must bring the following items to the interview: **ALL ORIGINAL DOCUMENTS, PASSPORT, I-94 ARRIVAL/DEPARTURE RECORD, MEDICAL EXAMINATION REPORT (IF NOT PREVIOUSLY SUBMITTED), DOCUMENTATION OF YOUR QUALIFICATIONS FOR PERMANENT RESIDENCE AND _____.**

If your application is based on an alien relative visa petition, the petitioner must bring valid photo identification and must accompany you to document your relationship. If either the petitioner or the beneficiary does not speak English, an interpreter with valid photo identification must accompany you. You may not interpret for each other.

**6**

If your application is based on an offer of employment, bring an updated offer of permanent employment from the petitioner.

If you must cancel this interview, please inform this office (at the address listed above) on the reverse side of this notice as soon as possible. **FAILURE OF THE PETITIONER AND/OR APPLICANT TO APPEAR AT THIS INTERVIEW MAY RESULT IN DENIAL OF YOUR APPLICATION/PETITION.**

<u>**THIS INTERVIEW MAY BE VIDEOTAPED.    NO FOREIGN TRAVEL ALLOWED UNLESS PRE-APPROVED BY INS.**</u>

    CC:


**U.S DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service
*MAY 12, 2003*

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

NIKOLAY MOCHEGOVA

*PLEASE REFER TO THIS FILE NUMBER*

**A 95 357 860**

### FINGERPRINT NOTIFICATION

Dear Applicant:

To continue processing your application, INS must send your fingerprints to the Federal Bureau of Investigation for a criminal history check. Every applicant who was between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center. You are scheduled for fingerprinting at the location listed below:

| Address | Hours of Operation | | WEEK OF: |
|---|---|---|---|
| U.S. Immigration & Naturalization Service<br>170 Portland Street<br>Boston, Ma 02201 | Sun. – Mon.<br>Tue. - Sat. | CLOSED<br>8am-4pm | Sep 16 2003--<br>Sep 23, 2003 |

If you cannot go to the INS Application Support Center during your scheduled 7 day period, you may go on any Wednesday, as long as you have your fingerprints taken within 84 days of the date of your notice. If you do not have them taken within that period, your application may be considered abandoned pursuant to 8 CFR l03.2(b)(13).

When you go to have your fingerprints taken, you must bring: l) THIS LETTER; 2) photo identification, such as your Alien Registration Card, passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

Please take note that the staff at the INS fingerprinting center will not be able to answer any questions about the status of your application. We appreciate your patience during this process.
Cc:



**U.S DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service
*MAY 12, 2003*

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

*TATIANA MOCHEGOVA*

*PLEASE REFER TO THIS FILE NUMBER*

**A 95 357 861**

### FINGERPRINT NOTIFICATION

Dear Applicant:

To continue processing your application, INS must send your fingerprints to the Federal Bureau of Investigation for a criminal history check. Every applicant who was between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center. You are scheduled for fingerprinting at the location listed below:

| Address | Hours of Operation | | WEEK OF: |
|---|---|---|---|
| U.S. Immigration & Naturalization Service | Sun. – Mon. | CLOSED | **Sep 16 2003--** |
| 170 Portland Street | Tue. - Sat. | 8am-4pm | **Sep 23, 2003** |
| Boston, Ma 02201 | | | |

If you cannot go to the INS Application Support Center during your scheduled 7 day period, you may go on any Wednesday, as long as you have your fingerprints taken within 84 days of the date of your notice. If you do not have them taken within that period, your application may be considered abandoned pursuant to 8 CFR l03.2(b)(13).

When you go to have your fingerprints taken, you must bring: l) THIS LETTER; 2) photo identification, such as your Alien Registration Card, passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

Please take note that the staff at the INS fingerprinting center will not be able to answer any questions about the status of your application. We appreciate your patience during this process.
Cc:



**U.S DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

*MAY 12, 2003*

_____
*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

*SOFIA MOCHEGOVA*                    *PLEASE REFER TO THIS FILE NUMBER*

**A 95 357 862**

### FINGERPRINT NOTIFICATION

Dear Applicant:

To continue processing your application, INS must send your fingerprints to the Federal Bureau of Investigation for a criminal history check. Every applicant who was between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center. You are scheduled for fingerprinting at the location listed below:

| Address | Hours of Operation | | WEEK OF: |
|---|---|---|---|
| U.S. Immigration & Naturalization Service | Sun. – Mon. | CLOSED | **Sep 16 2003--** |
| 170 Portland Street | Tue. - Sat. | 8am-4pm | **Sep 23, 2003** |
| Boston, Ma 02201 | | | |

If you cannot go to the INS Application Support Center during your scheduled 7 day period, you may go on any Wednesday, as long as you have your fingerprints taken within 84 days of the date of your notice. If you do not have them taken within that period, your application may be considered abandoned pursuant to 8 CFR l03.2(b)(13).

When you go to have your fingerprints taken, you must bring: l) THIS LETTER; 2) photo identification, such as your Alien Registration Card, passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

Please take note that the staff at the INS fingerprinting center will not be able to answer any questions about the status of your application. We appreciate your patience during this process.
Cc:



**U.S DEPARTMENT OF JUSTICE**                    *c h ıl ł*

Immigration and Naturalization Service

*MAY 12, 2003*

*John Fitzgerald Kennedy Federal Building*
*Government Center*
*Boston, Massachusetts 02203*

*LIOUDMILA MOCHEGOVA*          *PLEASE REFER TO THIS FILE NUMBER*

**A 95 357 863**

FINGERPRINT NOTIFICATION

Dear Applicant:

To continue processing your application, INS must send your fingerprints to the Federal Bureau of Investigation for a criminal history check. Every applicant who was between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center. You are scheduled for fingerprinting at the location listed below:

| Address | Hours of Operation | | WEEK OF: |
|---|---|---|---|
| U.S. Immigration & Naturalization Service | Sun. – Mon. | CLOSED | Sep 16 2003-- |
| 170 Portland Street | Tue. - Sat. | 8am-4pm | Sep 23, 2003 |
| Boston, Ma 02201 | | | |

If you cannot go to the INS Application Support Center during your scheduled 7 day period, you may go on any Wednesday, as long as you have your fingerprints taken within 84 days of the date of your notice. If you do not have them taken within that period, your application may be considered abandoned pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring: 1) THIS LETTER; 2) photo identification, such as your Alien Registration Card, passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

Please take note that the staff at the INS fingerprinting center will not be able to answer any questions about the status of your application. We appreciate your patience during this process.
Cc:

**7**

**U.S DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

**Name and Address of Applicant/Petitioner:**

| | |
|---|---|
| Tatiana Mochegova<br>1 Nellie's Way<br>Dudley, MA  01571 | **Name of Beneficiary:** Tatiana Mochegova |
| | **Date:  October 7, 2003** |
| | **File Number:**<br>A95 357 861 |
| | **Form:** I-485 |

**Failure to submit documents by January 7, 2004 result in the denial of your application**
**Please comply with the checked instructions:**

☐ 1. The above application/petition and its supporting documents are attached.

☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3. Please complete the blocks on your enclosed application/petition which are checked in red.

☐ 4. Please follow the instructions on your enclosed application/petition which are checked in red.

☐ 5. Furnish the required fee of $_____.

☐ 6. Furnish the birth or baptismal certificate of _____

☐ 7. Furnish the marriage certificate of _____

☐ 8. Furnish proof of death or legal termination of marriage of _____.

☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled.

☐ 11. Except for aliens with occupations listed under Schedule A 20, Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted to this Service. Further information and Department of Labor forms and instructions may be obtained from the local office of the state employment service agencies.

☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in the country.

☐ 13. Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched and not mounted. Dimension of the facial image should be about 1 inch from chin to top of hair or head, shown in ¾ frontal view of right side of face with right ear visible. Using soft pencil or felt pen, print name (and alien registration receipt number, if known) on the back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and the below listed persons.

☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

☐ 16. You are granted additional time until _____ to submit a brief in support of your appear,, or to present evidence in rebuttal to the proposed visa petition revocation or denial.

**Please return this letter and all attachments with your response.**

FORM I-72 (REV 4-1-83)

You must return police clearance letters from all of the cities that you have lived in throughout the United States. All of the letters must written on official letterhead. From the Commonwealth of Massachusetts, a Criminal History Systems Board check from Chelsea, Massachusetts, will surface for all cities that you have lived in throughout Massachusetts.

t:617-660-4600    Tucson, AZ
State City 124

**U.S DEPARTMENT OF JUSTICE**

· Immigration and Naturalization Service

---

*Please Refer to this File Number:*

Dear Applicant/ Petitioner

In order to serve you more efficiently, you are requested to hand deliver the documents that were requested at your interview in person at the following address:

> JFK FEDERAL BUILDING
> IMMIGRATION AND NATURALIZATION  ROOM E-140
> GOVERNMENT CENTER
> BOSTON, MASSACHUSETTS
>
> BETWEEN THE HOURS OF  7:00 a.m. AND 12:00 p.m.
> ANY DAY MONDAY THROUGH FRIDAY
> **EXCEPT** THE THIRD (3rd) FRIDAY OF EVERY MONTH
> ROOM E-160 IS **CLOSED** ON THAT DAY EVERY MONTH

You must bring the N-14 (Request for Documents) that was given to you at the interview and all the items you were asked to submit within the allotted time period .  Failure to do so may result in denial of your application. Mailing in your documents will delay processing of your application.

Sincerely,

Denis C. Riordan
Interim Director
Bureau of Citizenship and Immigration Services

RETURN to Room E-140

11:14. 2003

**8**

Tatiana MOCHEGOVA
1 Nellie's Way
Dudley, MA 01571

Ph:   (508) 943-7661 home

U.S. Citizenship and Immigration Services
Boston District Office
John F. Kennedy Federal Building
Immigration and Naturalization Room E-140
Government Center
Boston, MA 02203

November 14, 2003

**RE:     I-485**

**Beneficiary:         Tatiana MOCHEGOVA      A# 095-357-861**

Dear Sir/Madam,

I am sending the requested police clearance letters from all of the cities that I have lived in throughout the United States:

– Police clearance letter from the Commonwealth of Massachusetts;
– Police clearance letter from the Tucson Police Department, Arizona;
– Police clearance letter from the State College Police Department, Pennsylvania

Sincerely,

Tatiana MOCHEGOVA

P21

**9**

# KAPLAN, O'SULLIVAN & FRIEDMAN LLP
### Attorneys At Law

Ten Winthrop Square • Third Floor Boston, Massachusetts 02110
E-mail: hkaplan@kof-law.com • www.kof-law.com

Harvey Kaplan
Maureen O'Sullivan
Jeremiah Friedman

Tel: (617) 482-4500
Fax: (617) 451-6828
Fax: (617) 451-6826

August 27, 2004

Karen-Ann Hayden
Assistant District Director
U.S. Citizenship and Immigration Services
JFK Federal Building
Boston MA 02203

**Re:    Adjustment of Status Applications
of Nikolay MOSHEGOV & family A95 357 860 thru 863
Writ of Mandamus**

Dear Ms. Hayden:

Please find enclosed my Notice of Entry of Appearance on behalf the Moshegov family. I am writing this letter hoping to avoid having to file a writ of mandamus. Dr. Moshegov is a senior scientist who has been classified as an alien of extraordinary ability under the first preference. He, with his wife and two children, appeared for their adjustment of status interview on October 7, 2003. To date there has been no final decision. It is my understanding that fingerprints were last taken on September 16, 2003.

I am hoping to avoid having to file a writ of mandamus in the case. My concern is that the fingerprints will expire and the two children—who are currently 20 years old—will not qualify as derivatives. Once again, I am trying to avoid filing a writ of mandamus that my client has requested that I file.

Enclosed for background information is a letter by IPG Photonics on behalf Nikolay Moshegov to Congressman Richard E. Neil. Also enclosed is response dated March 5, 2004 indicating you are awaiting security check.

If you unable to reach me at the office, please talk to my partner, Jeremiah Friedman. Thank you for attention to this matter.

Sincerely yours,

Harvey Kaplan

cc:    Henry Hanly
       Asst. District Counsel USCIS/DHS
       JFK Federal Building 4th Flr
       Boston MA 02203

P22

**10**



**DEPARTMENT OF HOMELAND SECURITY**
U.S. Citizenship and Immigration Services

*Tatiana Moshegova*
*1 Welles Way*
*Dudley, MA 01371*

John Fitzgerald Kennedy Federal Building
Government Center
Boston, Massachusetts 02203

PLEASE REFER TO THIS FILE NUMBER: *9-7-04*

Application: *I485*

### FINGERPRINT NOTIFICATION

Dear Applicant:

To continue processing your application, INS must send your fingerprints to the Federal Bureau of Investigation for a criminal history check. Every applicant who was between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center. You are scheduled for fingerprinting at the location listed below.

Address:

|  |  |  |
|---|---|---|
| | **Hours of Operation** | **WEEK OF:** |
| U.S. Immigration & Naturalization Service | Sun. – Mon.  **CLOSED** | *10/5/04 –* |
| 170 Portland Street | Tue. – Sat.  **8am-4pm** | *10/9/04* |
| Boston, Ma 02201 | | |

If you cannot go to the INS Application Support Center during your scheduled 7 day period, you may go on any Wednesday, as long as you have your fingerprints taken within 84 days of the date of your notice. If you do not have them taken within that period, your application may be considered abandoned pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring: 1) THIS LETTER; 2) photo identification, such as your Alien Registration Card, passport, valid driver's license, national ID, military ID, State-issued photo ID, or other INS issued photo ID. If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

Please take note that the staff at the INS fingerprinting center will not be able to answer any questions about the status of your application. We appreciate your patience during this process.

Cc:
*Harvey Kaplan, Esq.*
*10 Winthrop Sq.*
*Third Floor*
*Boston, MA*
*02110*

**11**

U. S. Citizenship and Immigration Services



## U.S. Citizenship and Immigration Services
## Boston MA Processing Dates
## Posted November 10, 2004

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Office is processing and the date the cases were received by the Office.

**How Do I Use Chart:**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Office.

**When Can I Call The National Customer Service Center?**

If you filed your case 30 days or more before the date shown on the chart, and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and responded to it over 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

### District Office Processing Dates for **Boston MA** Posted November 10, 2004

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-485 | Application to Register Permanent Residence or Adjust Status | February 01, 2004 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | October 01, 2004 |
| I-600A | Application for Advance Processing of Orphan Petition | October 01, 2004 |
| N-400 | Application for Naturalization | February 25, 2004 |
| N-600 | Application for Certification of Citizenship | December 15, 2003 |

Print This Page    Back

12-01-2004 11:19 AM EST