AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Nikolay Moshegov, Tatiana Mochegova,
Sofia Mochegova, Lioudmila Mochegova
  v.
Denis Riordan, CIS; Eduardo Aguirre, CIS;
Tom Ridge, DHS.

**APPEARANCE**

Case Number: 04-40250 FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Nikolay Moshegov, Tatiana Mochegova, Sofia Mochegova, Lioudmila Mochegova

I certify that I am admitted to practice in this court.

| 12/1/2004 | /s/ |
|---|---|
| Date | Signature |
| | Harvey Kaplan — 258640 |
| | Print Name / Bar Number |
| | Ten Winthrop Sq., 3rd floor |
| | Address |
| | Boston, MA 02110 |
| | City / State / Zip Code |
| | (617) 482-4500 / (617) 451-6826 |
| | Phone Number / Fax Number |