AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Nikolay Moshegov, Tatiana Mochegova,
Sofia Mochegova, Lioudmila Mochegova
V.
Denis Riordan, as Interim Director
of the Boston District Office of the
U.S. Citizenship and Immigration Services;
Eduardo Aguirre, as Director of the
U.S. Citizenship and Immigration Services;
Tom Ridge, as Secretary of the
U.S. Department of Homeland Security.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40250 FDS**

TO: (Name and address of Defendant)

Denis Riordan, Interim Director
U.S. Citizenship and Immigration Services
JFK Federal Building
15 New Sudbury Street
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey Kaplan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110
(617) 482-4500

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    12-2-04
CLERK                                           DATE

_Sherry Jones_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/3/2004 |
| NAME OF SERVER *(PRINT)* Jeanette Kain | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed by certified mail, return receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $6.26 | TOTAL $6.26 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/10/2004
            Date            *Signature of Server*

10 Winthrop Sq, 3rd fl., Boston, MA 02110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of the U.S. Attorney
   Moakley Federal Courthouse
   Suite 9200
   One Courthouse Way
   Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery  1/6
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Stamp: 04 DEC -6 PM 2:13 RECEIVED U.S. ATTORNEY

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 1350 0005 6475 5228

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE  Moshegov

| | |
|---|---|
| Postage | $ 2.44 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.49 |

Postmark Here

7004 1350 0005 6475 5228

Sent To: US Attorney's Office
Street, Apt. No.; or PO Box No.: Moakley U.S. Cthouse
City, State, ZIP+4: Boston, MA 02210

PS Form 3800, June 2002   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL U.S.E. Mas&Gov

| | |
|---|---|
| Postage | $ 2.44 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.49 |

Postmark Here

7004 1350 0005 6475 5211

Sent To
John Ashcroft, U.S. A.G.
Street, Apt. No.;
or PO Box No. 950 Penn. Ave. N.W.
City, State, ZIP+4
Washington D.C. 20530-0001

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. John Ashcroft
Attorney General of the U.S.
U.S. Dept. of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  |  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Moshegov v. Riordan
04-40250-FDS

## U.S. Postal Service™
### CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 2.21 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.26 |

Sent To: Mr. Denis Riordan, U.S. CIS
Street, Apt. No.; or PO Box No.: JFK Federal Bldg.
City, State, ZIP+4: Boston, MA 02203

Article Number: 7004 1350 0005 6475 5198

PS Form 3800, June 2002         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Denis Riordan, Interim Dir.
U.S. Citiz. & Immig. Services
JFK Federal Building
15 New Sudbury Street
Boston, MA 02203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery: 12-7-04
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0005 6475 5198

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540