UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NIKOLAY MOSHEGOV,<br>TATIANA MOCHEGOVA,<br>SOFIA MOCHEGOVA, and<br>LIOUDMILA MOCHEGOVA,<br><br>      Plaintiffs,<br><br>v.<br><br>DENIS RIORDAN, Interim District Director, U.S. Citizenship & Immigration Services; EDUARDO AGUIRRE, Director, U.S. Citizenship & Immigration Services; and<br>TOM RIDGE, Secretary of Homeland Security,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-CV-40250-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO ANSWER AND/OR OTHERWISE RESPOND**

      The United States respectfully requests an extension of time up to, and including, March 16, 2005, to answer or otherwise respond to the plaintiff's Complaint for Declaratory Relief (Docket No. 1) and to respond to Plaintiffs' Motion for Speedy Hearing (Docket No. 6). Counsel for the United States conferred with counsel for the plaintiffs on January 31, 2005. Counsel for the plaintiffs assents to the extension of time.

      Plaintiffs are a four individuals seeking adjustment of their immigration status with the Bureau of Citizenship and Immigration Services (BCIS). Plaintiffs bring this declaratory judgment action to compel BCIS, through a writ of mandamus, to adjudicate their applications for adjustment of status. The parties have agreed to the extension of time for the defendants to respond to the plaintiffs' Complaint for Declaratory Relief and the plaintiffs' Motion for Speedy

Hearing in hopes of resolving the dispute without further litigation.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney


                                  /s/ Jeffrey M. Cohen
                    By:    Jeffrey M. Cohen
                            Assistant U.S. Attorney
                            John Joseph Moakley Federal Courthouse
                            One Courthouse Way, Suite 9200
                            Boston, MA   02210
                            (617) 748-3100

Dated: February 1, 2005

## CERTIFICATION UNDER L.R. 7.1

I, Jeffrey M. Cohen, Assistant United States Attorney, do hereby state that on January 31, 2005, I spoke with Attorney Harvey Kaplan and he assented to this Motion for Extension of Time.

                                  /s/ Jeffrey M. Cohen
                                  Jeffrey M. Cohen
                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on February 1, 2005, I caused a copy of the foregoing Motion to be served on Plaintiffs by first class mail, postage pre-paid to Kaplan, O'Sullivan & Friedman LLP, 10 Winthrop Square, 3rd Floor, Boston, MA 02110.

                                  /s/ Jeffrey M. Cohen
                                  Jeffrey M. Cohen
                                  Assistant U.S. Attorney