UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NIKOLAY MOSHEGOV,
TATIANA MOCHEGOVA,
SOFIA MOCHEGOVA, and
LIOUDMILA MOCHEGOVA

Plaintiffs

vs.

DENIS RIORDAN, Interim District Director,
U.S. Citizenship & Immigration Services;
EDUARDO AGUIRRE, Director,
U.S. Citizenship and Immigration Services; and
TOM RIDGE, Secretary of Homeland Security

Defendants

Case No.: 04-40250-FDS

## MOTION TO DISMISS

NOW COME the Plaintiffs through counsel and request that this honorable Court dismiss this action. The Defendants have granted permanent residence to the Plaintiffs; thus, a writ of mandamus is no longer necessary.

Respectfully submitted this 11th day of March, 2005.

Harvey Kaplan
Counsel for Plaintiffs
BBO No. 258640
Kaplan, O'Sullivan & Friedman
10 Winthrop Square, 3rd floor
Boston, MA 02110
(617) 482-4500

## CERTIFICATE OF SERVICE

I, Harvey Kaplan, hereby certify that a true copy of the foregoing Motion to Dismiss was served by mail, postage prepaid, on March 11, 2005 upon:

Jeffrey M. Cohen, Esq.
Assistant U.S. Attorney
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA 02110


Harvey Kaplan
Counsel for Plaintiffs
BBO No.: 258640